■ In the Matter of Vanguard International Manufacturing, Ltd., et al., Appellants, v Gucci America, Inc., et al., Respondents.—Order, Supreme Court, New York County (Myriam Altman, J.), entered on August 10, 1987, unanimously affirmed. Respondents shall recover of appellants $50 costs and disbursements of this appeal. Application by respondents to enlarge the record on appeal denied. No opinion. Concur—Sullivan, J. P., Asch, Rosenberger and Smith, JJ.